**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 04-1167

DONALD C. HUTCHINS,

Plaintiff, Appellant,

v.

AMERICAN ARBITRATION ASSOCIATION,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Michael A. Ponsor, U.S. District Judge]

Before

Selya, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

Donald C. Hutchins on brief pro se.
John M. Simon, with whom Kay H. Hodge and Stoneman, Chandler & Miller LLP were on brief, for appellee.

September 14, 2004

**Per Curiam**.  After carefully considering the briefs and record on appeal, we affirm for substantially the reasons stated by the district court.  The appellant fails to show that the negligence claim was not properly dismissed on the ground of arbitral immunity.  New England Cleaning Servs., Inc. v. American Arbitration Ass'n, 199 F.3d 542 (1st Cir. 1999).

Affirmed.

1st Cir. Rule 27(c).